UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Hartford Fire Insurance Company

                  Plaintiff,

v.                                                    Case No.: 1:19−cv−03465
                                                     Honorable Sara L. Ellis

Inc Medline Industries, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 19, 2019:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' motion to dismiss [44]. The Court dismisses this matter with prejudice pursuant to the parties' stipulation of dismissal. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.